IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:21-cr-00042 |
| | ) | |
| vs. | ) | 18 U.S.C. § 1030(a)(5)(C) |
| | ) | 18 U.S.C. § 1030(c)(4)(G) |
| CHRISTOPHER MESKILL | ) | |
| | ) | INFORMATION |

### COUNT 1
(Damage to a Protected Computer)

THE UNITED STATES ATTORNEY CHARGES:

On or about February 18, 2016, in the District of South Carolina, and elsewhere, the defendant, CHRISTOPHER MESKILL, intentionally accessed protected computers of Catholic Diocese of Charleston without authorization, and as a result of such conduct, caused damage and loss.

In violation of 18 U.S.C. §§ 1030(a)(5)(C) and (c)(4)(G), a Class A misdemeanor.

### COUNT 2
(Damage to a Protected Computer)

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about February 27, 2016, in the District of South Carolina, and elsewhere, the defendant, CHRISTOPHER MESKILL, intentionally accessed protected computers of Catholic Diocese of Charleston without authorization, and as a result of such conduct, caused damage and loss.

In violation of 18 U.S.C. §§ 1030(a)(5)(C) and (c)(4)(G), a Class A misdemeanor.

PETER M. MCCOY, JR. (dhs)
UNITED STATES ATTORNEY